**Order entered August 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00113-CV

### IN THE INTEREST OF R.N. AND R.N., CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-07618**

## ORDER

We **GRANT** appellant's August 4, 2016 unopposed motion for extension of time to file

appellant's brief and **ORDER** appellant's brief filed no later than September 6, 2016.


/s/     CAROLYN WRIGHT
        CHIEF JUSTICE